# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MICAH BRUNO,

                Defendant.

2:17-cr-00214-KJD-VCF

**ORDER**

Before the Court are the Motion to Dismiss Counsel for Defense (ECF No. 29) and Motion to Order Preparation of a Preplea Determination of Defendant's Criminal History (ECF No. 30).

The Federal Public Defender was appointed as counsel of record for Bruno. (ECF No. 5). On April 18, 2018, Defendant has filed the instant motions on his own behalf. (ECF Nos. 29 & 30).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Motion to Dismiss Counsel for Defense (ECF No. 29) and Motion to Order Preparation of a Preplea Determination of Defendant's Criminal History (ECF No. 30) from the docket.

IT IS SO ORDERED.

DATED this 2nd day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE