# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICAH MECKIEL BRUNO,<br><br>        Defendant. | 2:17-cr-00214-KJD-VCF<br>**ORDER** |

    Before the Court is the Motion to Withdraw and Appointment for New Counsel (ECF No. 34).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw and Appointment for New Counsel (ECF No. 34) is scheduled for 3:00 PM, June 1, 2018, in Courtroom 3D.

    The U.S. Marshal is directed to transport defendant to and from the hearing.

    DATED this 24th day of May, 2018.

                                                                _____
                                                                CAM FERENBACH
                                                                 UNITED STATES MAGISTRATE JUDGE