___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00214-KJD-VCF-1 |
| Plaintiff, | **ORDER** |
| vs. | |
| MICAH MECKIEL BRUNO, | |
| Defendant. | |

On June 8, 2018, this Court granted counsel's Motion to Withdraw and Appointment for New Counsel (ECF No. 34), as stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that **Jennifer M. Waldo** is APPOINTED as counsel for Micah Meckiel Bruno in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's Office shall forward the file to Ms. Waldo forthwith.

DATED this ___8th___ day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE