# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-cr-00214-KJD-VCF |
| vs. | **ORDER** |
| MICAH BRUNO, | |
| Defendant. | |

Before the Court is Defendant's Motion to Dismiss Counsel Do To 6th Amendment Violation (ECF No. 50).

Jennifer M. Waldo, Esq. was appointed as counsel of record for Bruno on June 8, 2018. (ECF No. 42). Bruno filed the instant motion on his own behalf. (ECF No. 50).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on her own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Defendant's Motion to Dismiss Counsel Do To 6th Amendment Violation (ECF No. 50) from the docket.

IT IS SO ORDERED.

DATED this 15th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE