# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICAH BRUNO,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cr-00214-KJD-VCF<br><br>ORDER |

　　　Before the Court for consideration is the Report and Recommendation (#68) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered March 20, 2019, recommending that Defendant's Motion to Suppress (#60) be denied. Defendant filed Objections (#69) to the Report and Recommendation to which the Government replied (#70).

　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#68) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered March 20, 2019, should be **ADOPTED** and **AFFIRMED**.

　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#68) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered March 20, 2019, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#60) is **DENIED**.

Dated this 17th day of May, 2019.

_____
Kent J. Dawson
United States District Judge