**ORDR**
THOMAS F. PITARO, ESQ.
Nevada Bar No. 1332
DUSTIN R. MARCELLO, ESQ.
Nevada Bar No. 10134
**PITARO & FUMO, CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant: MICAH BRUNO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:17-cr-214-KJD-VCF |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **ORDER FOR RETURN OF PROPERTY** |
| vs. ) | |
| ) | |
| MICAH BRUNO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED, that the following items be returned to the defendant in the above-referenced case, MICAH BRUNO.

1. One (1) Silver Iphone 6

2. One (1) Passport bearing the defendant's name

3. ID cards bearing the defendant's name.

IT IS FURHER ORDERED that if ID is required to pick up the property that the facility use the ID in its custody as needed to verify Micah Bruno's identity.

DATED this  22nd  day of  November , 2019.

_____
UNITED STATES DISTRICT JUDGE