RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Micah Bruno

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICAH BRUNO,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00214-KJD-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Micah Bruno, that the Revocation Hearing currently scheduled on March 28, 2023, at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.　Mr. Bruno has a case pending in Clark County, Nevada, and the parties request a continuance to ascertain the resolution of this matter as it relates to the petition before this Court.

2. Defense counsel needs additional time discuss this matter with Mr. Bruno and conduct investigation necessary to the defense of his upcoming revocation hearing.

3. Mr. Bruno is out of custody and agrees with the need to continue the revocation hearing.

4. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 22nd day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender |    */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICAH BRUNO,<br><br>　　　　Defendant. | Case No. 2:17-cr-00214-KJD-VCF-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 28, 2023 at 9:30 a.m., be vacated and continued to May 16, 2023 at the hour of 11:30 a.m.; or to a time and date convenient to the court.

　　DATED this 23rd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE