RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Micah Bruno

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICAH BRUNO,<br><br>Defendant. | Case No. 2:17-cr-00214-KJD-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Micah Bruno, that the Revocation Hearing currently scheduled on May 16, 2023, at 11:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  Mr. Bruno has a case pending in Clark County, Nevada, and the parties request a continuance to ascertain the resolution of this matter as it relates to the petition before this Court.

2. Defense counsel needs additional time discuss this matter with Mr. Bruno and conduct investigation necessary to the defense of his upcoming revocation hearing.

3. Mr. Bruno is out of custody and agrees with the need to continue the revocation hearing.

4. The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 3rd day of May, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender |   */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00214-KJD-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MICAH BRUNO, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 16, 2023 at 11:30 a.m., be vacated and continued to July 18, 2023 at the hour of 9:30 a.m. in courtroom 4A; or to a time and date convenient to the court.

   DATED this 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE